**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01236-CV

## TIMOTHY L. BARTON AND TR CARNEGIE INVESTMENTS, LLC, Appellants

### V.

## DIANA MORARU AND ADNAN SARDAR., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01813**

## ORDER

In their notice of appeal, appellants informed the Court that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning TR Carnegie Investments, LLC. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3(a).

/s/     ELIZABETH LANG-MIERS
         JUSTICE